**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1209**

_____

JOHN V. GOUGH, JR.,

       Plaintiff – Appellant,

       v.

DEPUTY DEAKINS; JUSTIN LIVINGSTON, Deputy First Class; CALVERT COUNTY SHERIFF OFFICE,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:16-cv-03959-TDC)

_____

Submitted: April 20, 2017                         Decided: April 25, 2017

_____

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John V. Gough, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John V. Gough, Jr., appeals the district court's order dismissing his civil action as barred by res judicata. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Gough's informal brief does not challenge the basis for the district court's disposition, Gough has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*